ROBERT HUSTON, Appellant, *v.* JOHN H. WEBER and OTHERS, Respondents.

Appeal from a judgment in favor of the defendant, recovered upon a trial at circuit, without a jury. The principal point in the case, and the only one considered in the opinion delivered at the General Term, was, whether or not the plaintiff was the owner of the draft, for negligence in the collection of which, this suit was brought. The judge at the circuit held that he was not, and the General Term affirmed this decision.

*Simon Sterne*, for the appellant.

*A. R. Dyett and R. W. Townsend*, for the respondents.

Opinion by Daniels, J.

Davis, P. J., and Donohue, J., concurred.

Judgment affirmed, with costs.

---

PHŒBE DEAS, Appellant, *v.* TOWNSEND WANDELL AND OTHERS, Respondents.

Appeal from a decree of the surrogate of the city and county of New York, admitting to probate the last will and testament of Jane Ann Fowler, deceased.

Probate of the will was contested on the ground that the testatrix was of unsound mind, and that she was induced to execute the will by fraud, imposition and undue influence. The surrogate admitted the will to probate, and the General Term, after reviewing the evidence in the case, affirmed his decision.

*Charles Matthews*, for the appellant.

*Homer A. Nelson*, for the respondents.

Opinion by Donohue, J.

Davis, P. J., and Daniels, J., concurred.

Decree affirmed.